## Exhibit A to the Complaint

**Location:** Glen Cove, NY  
**Total Works Infringed:** 32

**IP Address:** 108.6.60.231  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5DD19451DDB20A4469B8D1B7CD62E195B031E53B<br>File Hash: ED7420CB527C520E61AEF0818FD6360D6C42A634B50FF4E7AFBA49A5C8496D91 | 07-19-2021 04:42:40 | Tushy | 11-22-2019 | 12-03-2019 | PA0002232052 |
| 2 | Info Hash: 1961D7ED31E4A7D53806A883D49C4FFCAEFBC251<br>File Hash: D75A1BEF6F83A00B0B8B564270FF73282DD3A32F9517B6EB49FD7AC6EBFBDC41 | 07-19-2021 04:33:48 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 3 | Info Hash: 0FD136E9E830109B41088FF86F310B3B170C9EA2<br>File Hash: 259AF167E65C5349837F17451B59F15DB085BE2CD740AAA8E85E751A528478EA | 07-19-2021 04:22:29 | Vixen | 09-06-2019 | 09-13-2019 | PA0002200698 |
| 4 | Info Hash: C0E85250C4665B97E6430774E95F95EEF1572F2C<br>File Hash: 7B580766221DC503AD8D48F278FD435863C1F65ACFFF34CB8FF1A5C4A55781CF | 07-19-2021 03:45:32 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 5 | Info Hash: DCAD18D1769B4BFBAA3A3EA69FDF9EB2E6DD3EBC<br>File Hash: 8BC5287501DC7255DEE91B0784FCEB9398AEBF152113247F171E565D00E0997B | 07-17-2021 02:14:04 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 6 | Info Hash: F7F8A1A260B183BAC0E4BB547FCBEE625DD7EBEF<br>File Hash: 359C15DC436DE3082012D21BDE2A7773C071E923B8E0B59248A5768A23CBC146 | 07-12-2021 02:01:43 | Tushy | 08-14-2019 | 09-17-2019 | PA0002216214 |
| 7 | Info Hash: 58CA1883C5347C2060BC5559E0192C0E45A0F141<br>File Hash: 29E928C608A97D3D3C66D37382B7DF6386797F522C708D1A995AE5C4BE1CFEE1 | 07-12-2021 00:30:49 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 8 | Info Hash: 78E8094D944928B8EE1ACC5A1C33D34BCAEE77A4<br>File Hash: B2B8F9FB9AE3E35B7CDC5C7CF9EE55B19D760DCAF518DF8C1E40F4411CF31778 | 07-11-2021 20:44:56 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E<br>File Hash: 0365A00A5C0DA464F32E3E5A13C0DA4A476C75683035F4D5CD7E98789948D442 | 07-11-2021 20:34:41 | Vixen | 09-01-2017 | 09-15-2017 | PA0002052845 |
| 10 | Info Hash: 24C4770AFA969BEAE4D69DA5562A0A9732A14B09<br>File Hash: C2C9A63DCCF20158A40509B31B58D73EE8178BD9570B9304BE1FF266DEEC4B3C | 07-11-2021 20:34:39 | Tushy | 01-31-2019 | 02-22-2019 | PA0002155140 |
| 11 | Info Hash: A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B<br>File Hash: F5D6799A408A35E92232855E8EC7C1CF519E7AC2ABF55B2F52DBAB82C51BF3A4 | 07-11-2021 14:28:57 | Blacked | 09-17-2017 | 10-10-2017 | PA0002086174 |
| 12 | Info Hash: 9FBD5B8E8B61BF13A797502ACB379702D4889484<br>File Hash: 7F8E200D7563C52415DD89DE1A6541AB001C9B13FAEACCF65A25A93C61FC06E4 | 07-11-2021 11:28:34 | Tushy | 01-01-2020 | 01-27-2020 | PA0002223953 |
| 13 | Info Hash: C1C55A0602072FB3CE0F0B3A3580174514DFB891<br>File Hash: 40FD777A5360E356A7FF0A0CF493C48C8C72146F79FEA6FB2E98667DED77B88E | 07-11-2021 11:25:21 | Blacked Raw | 11-03-2018 | 12-10-2018 | PA0002145823 |
| 14 | Info Hash: B0573BC9E3F7B2071A0A37979EDF040982C0639A<br>File Hash: 7CFF46BC54B66E96AD044BE68A40EE97A6C900CAB64E5875EFA3399E01D4D24A | 07-11-2021 08:21:53 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 15 | Info Hash: CA8171FF1EE81D0114E752E98B35A9B394758290<br>File Hash: C68656E9C5D74EB20F64DABA2C165862851C364FF263FAD9961DEBFAE1D177B3 | 07-11-2021 08:21:33 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 16 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 06-27-2021 10:43:56 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 17 | Info Hash: E65C8A7AD4B9405CB2994396CF1146FE84014368<br>File Hash: 35C3C8A4D5131463919CC7CC04F2327481AC5436DF6CE91E4E91B0F84B24CEAE | 06-27-2021 10:43:54 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 2053F578471906D2E1D3E5A3C40EBCF42ADB6582<br>File Hash: 9DB4747FDE700FDA1C521402D3098222389CEA4F5FEC86F057487D3C3D8E289D | 06-27-2021 10:42:47 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 19 | Info Hash: 7206B1EDA32D88A3712335E85507F484DEE7EBCE<br>File Hash: 6CE4F7C48987DD6508DC944E69009BAE4E9D1B091EDCFB6BE76FE96B9723C157 | 06-27-2021 10:39:56 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 20 | Info Hash: 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4<br>File Hash: DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 06-27-2021 10:34:41 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 21 | Info Hash: 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC<br>File Hash: 9F6EFDCD4FBFD45C2542295349DCCEA4B058323C05F1D297B773654EC5A01CD1 | 06-27-2021 10:34:20 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 22 | Info Hash: B4A963875B8F63EEFB739E00A7EE7D864B9C1493<br>File Hash: 7A8B6EC17E28B5D746DA7A9FBE250FBDF19C66208B629A74D4C9B4DB746BC690 | 06-27-2021 10:34:15 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 23 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 06-27-2021 10:34:14 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 24 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 06-27-2021 10:32:13 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 25 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 06-27-2021 10:25:08 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 26 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 06-27-2021 10:23:47 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 056149647A8A1B147D0CDD7488C6D8AEC6BCFE13<br>File Hash: 6D742F2173F793CF61253D2477385476BFC8A2CD30575B7B46CF5DBE06ED07A9 | 02-17-2021 00:42:17 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |
| 28 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash: 3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 02-16-2021 05:54:50 | Vixen | 04-29-2019 | 06-03-2019 | PA0002178770 |
| 29 | Info Hash: 590982CE540169A6C4BFFF339BB1AB34D3899712<br>File Hash: DEDB8C053250B2221037A435F750DC45CC57F1529C183017596DF2B6285821CB | 02-16-2021 05:48:16 | Tushy | 08-24-2018 | 11-01-2018 | PA0002143429 |
| 30 | Info Hash: 7243E96AF377B2E073109C88A847F7C49761441F<br>File Hash: BDEF6F05BF54CFEC891F6A9FAF06223D743242ED6E2EB12A0516012C12AAA225 | 02-16-2021 05:48:03 | Blacked | 09-07-2018 | 10-16-2018 | PA0002127772 |
| 31 | Info Hash: 74A185F088BAF4D57370AD67C3547A859A82BC15<br>File Hash: E86AA7F586F3D12995E8F829B9F8141F4928FC953E302DF95473AF253080C84C | 02-16-2021 05:44:57 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 32 | Info Hash: 388DF04571812DFA71D9D49BC10DDB97B178194F<br>File Hash: 658C4249CF1F8CC127B454A35E45546DD8FD4DCFF9C6A34C8EE2E3B30E42C68A | 02-16-2021 02:39:18 | Blacked Raw | 12-18-2019 | 02-03-2020 | PA0002225563 |